# ROBERT L. LIEBROSS
## ATTORNEY AND COUNSELOR AT LAW

*Admitted in New York, Colorado*      39 BROADWAY, SUITE 1620     FAX: 212-371-0463
*and the District of Columbia*     NEW YORK, NY 10006     E-MAIL: rliebross@liebrosslaw.com

*www.liebrosslaw.com*

----------------------------------

(212) 566-2151

----------------------------------

May 6, 2020

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED.

A mediation referral will issue separately.  The parties shall file a joint letter within one week after the resolution of mediation proposing next steps.  This matter is STAYED pending the outcome of the mediation process.

Date: May 7, 2020
New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Grosso, et al. v. AT&T Pension Plan, et al.*, No. 18-06448 (LGS)
     Joint request for referral to SDNY Mediation Program

Dear Judge Schofield,

    Pursuant to the Court's Order filed May 1, 2020, and pursuant to S.D.N.Y. Local Rule 83.9 (e)(3), the parties jointly request that the case be referred to the Southern District's mediation program.

    The parties also request that any further litigation scheduling and filings be stayed pending the outcome of the mediation process.

                             Respectfully submitted,

    /s/                                     /s/
Robert L. Liebross                   Patrick W. Shea
Edgar Pauk                                of Paul Hastings LLP

Attorneys for Plaintiffs                Attorneys for Defendants