# ROBERT L. LIEBROSS
## ATTORNEY AND COUNSELOR AT LAW

*Admitted in New York, Colorado*      www.liebrosslaw.com     259-27 148th DRIVE
*and the District of Columbia*                                            ROSEDALE, NY 11422

----------------------------------
E-MAIL: *rliebross@liebrosslaw.com*
(212) 566-2151
----------------------------------

June 1, 2021

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The application is **GRANTED**. The deadline for the parties to file a letter with any proposed next steps, *see* Dkt. No. 76, is hereby extended to **June 11, 2021**.
>
> SO ORDERED.
>
> Dated: June 2, 2021
>        New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

    Re:    *Grosso, et al. v. AT&T Pension Plan, et al.*, No. 18-06448 (LGS)
             Joint request for extension until June 11th to file joint letter informing Court as to how the parties wish to proceed.

Dear Judge Schofield,

      In its Order filed May 25th, the Court ordered the parties to file a letter by June 1st, "proposing any next steps as to the remaining claims."

      The parties are reviewing their options and consulting with their clients. The parties jointly request an extension of ten days, through June 11th, within which to file their joint letter.

                              Respectfully submitted,

\s\                                               \s\
Robert L. Liebross                       Patrick W. Shea
Edgar Pauk                                  of Paul Hastings LLP

Attorneys for Plaintiffs                 Attorneys for Defendants