UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
VINCENT GROSSO, et al.,                          :
                          Plaintiffs,       :
                                      :
               -against-                       :        18 Civ. 6448 (LGS)
                                      :
AT&T PENSION BENEFIT PLAN, et al.,        :        ORDER
                         Defendants  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 6, 2021, Plaintiffs moved for relief from the Opinion and Order issued on May 25, 2021, arguing that the Second Circuit has issued an intervening controlling decision, Dkt. No. 89. It is hereby

**ORDERED** that Defendants shall file a response by November 12, 2021.

Dated: November 4, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE