**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VINCENT GROSSO, et al.,

                Plaintiffs,

-against-                                  18 **CIVIL** 6448 (LGS)

**JUDGMENT**

AT&T PENSION BENEFIT PLAN, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 7, 2022, Defendants' motion for summary judgment on the third cause of action is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        July 7, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                              **BY:**        *K. Mango*

                                                           **Deputy Clerk**